**Order entered March 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01175-CV

**STEVEN D. CATHCART, Appellant**

**V.**

**DEWIGHT JONES, ET AL., Appellees**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 98750-422**

## ORDER

Before the Court are appellant's February 28, 2019 motions to extend time to file brief and to suspend the requirement in appellate rule 9.3 that a party filing a document in paper form file the original and one unbound copy of the document. Appellant's brief was filed concurrently with the motions. We **ORDER** as follows.

We **DENY** appellant's extension motion as moot because appellant filed his brief before the deadline. We **GRANT** the motion to suspend and deem sufficient the single copy appellant filed of his brief. *See* TEX. R. APP. P. 2, 9.3(a)(1).

/s/    KEN MOLBERG
        JUSTICE